

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Brandon Cody Kihega, Appellant

No. 06-12-00078-CR      v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 11F0408-102). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Brandon Cody Kihega, pay all costs of this appeal.

RENDERED JANUARY 11, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk